# TRACT DESCRIPTION

A parcel of land within Native Allotment F-16158 (Anch.) situated within a portion of BLM Section Lot 2, Section 12, Township 8 North (T8N) Range 72 West (R72W), Seward Meridian, Alaska, Bethel Recording District, and more particularly described as follows:

Commencing at the North 1/16 Section Corner common to Section 12, T8N, R72W and Section 7, T8N, R71W, marked with a 3 ¼" BLM Brass Cap Monument; thence along the section line common to Sections 12 and 7, S 0°02'01" E a distance of 0.20 feet to the northerly corner of this ROW parcel and the True Point of Beginning;

Thence continuing along the section line common to Sections 12 and 7, and also the easterly boundary of the ROW parcel S 0°02'01" E 224.95 feet to a point on the easterly ROW parcel line;

Thence, from a tangent which bears S 27°03'38" W, southerly 237.42 feet along the arc of a 3869.72 foot radius curve to the right through a central angle of 3°30'55" to a point the tangency (PT) of the curve;

Thence S 30°34'33" W 744.86 feet to a point on the north boundary of US Survey 3729, which is the southeast corner of this parcel;

Thence along the southerly boundary of this parcel which is common to the north boundary of USS 3729, N 66°28'48" W 100.76 feet to a point on the westerly boundary of this parcel;

Thence N 30°34'33" E 288.42 feet to a point of intersection with the southern boundary of Tract A, Plat No. 84-11;

Thence along these common boundaries;
S 59°25'27" E 23.55 feet to the SE corner of said Tract A;
N 30°34'33"E 142.00 feet to the NE corner of said Tract A;
N 59°25'27"W 23.55 feet to a point;

Thence, leaving the common boundary with Tract A, N 30°34'33" E 326.82 feet to the point of curvature (PC) of a normal curve to the left with a 3769.72 radius;

Thence northerly 103.86 feet along the arc of said curve through a central angle of 1°34'43" to a point;

Thence N 70°00'00"E 18.25 feet to a point;

Thence from a tangent which bears N 28°47'19" E, northerly 52.91 feet along the arc of a 3781.72 foot radius curve to the left through a central angle of 0°48'06" to a point;

Thence N 10°00'00"W 19.55 feet to a point;

Thence from a tangent which bears N 27°45'10" E, northerly 98.86 feet along the arc of a 3769.72 foot radius curve to the left through a central angle of 1°30'09" to the PT;

Thence N 26°15'01" E 146.97 feet to the northerly corner of the ROW parcel and the True Point of Beginning for this parcel.

Containing 2.396 acres more or less.

Schedule A

**Attachment 1**

**Page 2 of 8**











THESE PLATS MAY BE USED FOR THE ESTABLISHMENT OF THE RIGHT-OF-WAY BOUNDARY ONLY, AND SHOULD NOT BE USED AS A BASIS FOR ESTABLISHING ADJOINING PROPERTY LINES AND CORNERS.

THIS SEAL IS FOR ALL WORK CONTAINED ON SCHEDULES A, B & C.



ALASKA DEPARTMENT OF TRANSPORTATION
AND PUBLIC FACILITIES

4111 AVIATION AVENUE
ANCHORAGE, AK 99502
PHONE (907) 269-0700

ATTACHED TO _____ PAGE___ OF___ DATED_____

PROJECT NO. STP-0001(207)/Z542890000     PARCEL NO. 2