MAX D. GARNER
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5100
Facsimile: (907) 278-4607
max.garner@alaska.gov
Alaska Bar No. 9011096

Attorney for State of Alaska

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>Plaintiff,<br><br>v.<br><br>2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA; 3,344 SQ. FT. MORE OR LESS NEAR BETHEL, ALASKA; the BUREAU OF INDIAN AFFAIRS; EARL POLK III; WARREN POLK; VINCENTO POLK; JASON POLK; and SOPHIE EVAN<br><br>Defendants. | Case No. _____<br><br><br><br><br>SOA Project No. Z542890000<br>Project Name: Tundra Ridge Road Paving Project |

## DECLARATION OF TAKING
**(Parcel 3)**

I, John Linnell, P.E., Central Region Preconstruction Engineer, Department of

Transportation and Public Facilities, State of Alaska, declare that:

1. Pursuant to Fed.R.Civ.P. 71.1(j), an estate in fee simple is taken under

authority vested in the Alaska Department of Transportation and Public Facilities by

AS 09.55.240 – 09.55.460, AS 19.05.080 – 19.05.090 and AS 44.42.020(b)(2) in the property described and depicted as Parcel No. 3 in attached Schedules A and B, which are incorporated by reference and made a part hereof.

2. The property is taken for use as Tundra Ridge Road Paving Project, Project No. Z542890000. The location, route and termini of the Project are shown in attached Schedule C.

3. The property is taken by necessity for a road improvement project that has been located in a manner most compatible with the greatest public good and least private injury.

4. The amount estimated to be just compensation for Parcel No. 3 is $8,000, the full sum of which will be contemporaneously deposited into the registry of the court for the benefit of the persons entitled thereto for the reasonable value of the interests taken.

IN WITNESS THEREOF, the Department of Transportation and Public Facilities has caused this Declaration to be signed in Anchorage, Alaska by its Preconstruction Engineer for the Central Region, who is a duly authorized designee of the Commissioner, John MacKinnon.

[SIGNATURE PAGE FOLLOWS]

John Linnell, P.E.
Central Region Preconstruction Engineer
Alaska Department of Transportation & Public Facilities

SUBSCRIBED AND SWORN to before me this 10th day of December, 2020.



Notary Public in and for Alaska
My commission expires: w/office

*DOTPF v. 2.396 Acres*
Parcel 3 Declaration of Taking

Page 3 of 3

STATE OF ALASKA
DEPARTMENT OF TRANSPORATION AND PUBLIC FACILITIES

## Bethel Tundra Ridge Road Paving
## SOA Project No. Z542890000

### Decisional Document
### Parcel 3

### I. PURPOSE

The Department of Transportation and Public Facilities (the "Department") intends to acquire a parcel of real property that is necessary for the right-of-way for the Tundra Ridge Road Paving Project (the "Project"). This interest is owned by Sophie Evan and the Heirs of Earl Polk II. The fee acquisition is identified as Parcel 3 on the project plans. The fee acquisition will provide 3,344 square feet of property required for the roadway right-of-way.

The purpose of this Decisional Document is to demonstrate that the project is in the best interest of the public and the decision to acquire private property has been reached through a systematic process that reasonably considered the needs of the public and of the property owner. The decision as to where to locate the proposed improvements and what improvements to provide was based on sound engineering principles and public input. The decision to acquire serves the greatest public good while causing the least private injury as required by AS 09.55.403(7).

This Decisional Document explains the basis for the Department's decision to acquire by summarizing relevant Project background information, identifying studies that evaluated different design alternatives and their impacts, describing the Department's consideration of public benefits and private loss, and detailing the necessity for acquiring the right-of-way by eminent domain.

### II. PARCEL DESCRIPTIONS

The interest to be acquired is a portion of:

Tract A of Plat 84-11, filed May 2, 1984, within Section 12, Township 8 North, Range 72 West, Seward Meridian, Bethel Recording District, Fourth Judicial District, State of Alaska.

**Parcel 3:** Parcel 3 is a fee simple, partial acquisition totaling 3,344 square feet from a larger parcel totaling 43,862 square feet. This property is adjacent to the Tundra Ridge Road and the partial acquisition is needed to finalize the right-of-way width for the Project. Parcel 3 is depicted on attached Schedules A and B.

### III. PROJECT SUMMARY STATEMENT

The Project proposes to pave approximately one mile of Tundra Ridge Road. The project area, which is shown in Schedule C, is defined as: Tundra Ridge Road from its intersection with BIA Road to Ptarmigan Street. The purpose of the project is to reduce maintenance costs and improve the quality of life for Alaskans by hard surfacing roads. This project is one of the top transportation priorities for the City of Bethel, as discussed in the *Bethel Comprehensive Plan 2035*, September 2011.

DECISIONAL DOCUMENT
Parcel 3
Bethel Tundra Ridge
SOA Project No. Z542890000
Case 3:20-cv-00306-JWS   Document 1-3   Filed 12/16/20   Page 4 of 14
Page 1 of 7

Tundra Ridge Road is a two-lane gravel road with a top width ranging from 30 to 34 feet. Drainage is provided through culverts and shallow roadway ditches. The road is in poor condition, as maintenance efforts cannot keep the road from deteriorating due to wet subsurface conditions.

Proposed improvements include reconstructing the roadway structural section, surfacing the road with asphalt, and improving the drainage system.

## IV. GENERAL PROJECT INFORMATION

### A. BACKGROUND

The City of Bethel is located on the outer bank of the main channel of the Kuskokwim River, 40 miles inland from the Bering Sea. The city occupies approximately 44 square miles of land within the Yukon Delta National Wildlife Refuge and has a population of about 6,151 (2017 DCCED). Isolated from the road network of Alaska, Bethel is about 400 air miles from Anchorage. Bethel is the hub of the Yukon-Kuskokwim delta, a region that is home to over 25,000 people. Bethel is a Second Class City located in an unorganized borough. Bethel is home to the Orutsararmuit Native Council, a federally recognized Native Alaska tribe. The Bethel Native Corporation is the local native village corporation, and the Alaska Native Claims Settlement Act Regional Corporation is Calista Corporation.

Tundra Ridge Road is the subject of the Project. Tundra Ridge Road is 1.0576 miles long and provides critical connectivity along the west edge of the City of Bethel between residential subdivisions in the north, the airport to the south, and hospital to the southeast.

A review of aerial photography from the 1950's to present suggests that the section of Tundra Ridge Road from BIA Road to H-Marker Road (approximately half a mile) was built on airport property in the late 1950's to access a floatplane base on H-Marker Lake. Tundra Ridge Road was extended from H-Marker Road to Ptarmigan Street (approximately half a mile) by the City of Bethel sometime between 1977 and 1980 in order to provide direct airport and emergency vehicle access for the subdivisions north of H-Marker Lake. There is no documentation referencing how the City constructed this road through private property without property rights. Prior to Tundra Ridge Road being extended from H-Marker Road to Ptarmigan Street, there does not appear to have been a trail providing this access.

The Department initiated the Project in January of 2000, as requested by the City of Bethel, to pave Tundra Ridge Road, a City of Bethel road, between BIA Road and Ptarmigan Street. The Department received approval of the Categorical Exclusion (CE) for the Project in July of 2002. The CE was re-evaluated in 2006. During project development, it was determined that sufficient property interest did not exist for the existing roadway, so acquisitions are necessary.

Right-of-way acquisition efforts began in September of 2002. The Department has completed acquisitions from five landowners for this Project. Two parcels are still required to move forward with the Project. The Heirs of Lucy Polk own most of the land interest still required. The Department has actively pursued acquiring property from the Heirs for approximately 15 years. The heirs indicated during initial negotiations that they will not negotiate regarding their interest in

Parcel 3 unless and until agreement is reached regarding acquisition of right-of-way for the Project from their surrounding allotment. Offer letters were sent to the Heirs of Lucy Polk through the Bureau of Indian Affairs (BIA) for acquisition of allotment lands on 8/18/2005, 3/20/2006, 9/7/2007, 10/23/2012, 12/13/2013, 6/18/2014 and 11/28/2018, and most recently through correspondence with BIA counsel in September and October 2020. The Department has coordinated extensively with BIA but has not received a formal counteroffer from the Polk Heirs in response to the various offers that have been extended by the Department.

A short history of the subject property: Lucy Polk submitted the allotment application on 3/20/1972. She passed away in before the application was granted on 10/27/1983. Prior to the patent issuing on 2/23/1984, an order determining heirs was issued on 1/13/1984 which found that Lucy's four sons (Earl Polk III, Warren Polk, Vincento Polk and Jason Polk) had inherited her interest in the allotment. Lucy's non-Native spouse and the father of her sons, Earl Polk II, disclaimed any potential interest he might have in the allotment in connection with these proceedings.

In April 1984 Earl Polk III prepared Plat 84-11, which created a lot approximately one acre in size located entirely within the allotment referenced as "Tract A." The boundaries of this lot were situated so that it abutted Tundra Ridge Road, thus ensuring that it had road access. Plat 84-11 was approved by BIA's regional director and the Bethel Planning Commission in May 1984. Thereafter, on 8/02/1984, Earl Polk III, on behalf of himself and his three brothers (all of whom had signed powers of attorney) signed a gift deed conveying Tract A to their father, Earl Polk II. Just a few weeks thereafter, Earl Polk II signed a deed which conveyed Tract A to himself and Sophie Polk (nee Evan) as tenants in common. At the time, Sophie was married to Earl Polk III. After that marriage ended in 1991, Sophie had her maiden name, Sophie Evan, restored to her. The divorce decree specifically awarded her all interest that she or Earl Polk III held in Tract A.

Earl Polk II died intestate in 2013. While a personal representative's deed was never executed which formally conveyed his interest in Tract A, under Alaska's laws of intestate succession his interest in Tract A would have passed to his four sons. Thus, the Department believes that the present owners of Tract A are Sophie Evan (holding a 50% interest) and Earl Polk III, Warren Polk, Vincento Polk and Jason Polk (collectively holding a 50% interest) as tenants in common.

During early efforts at acquiring property for the Project, representatives of the Department negotiated an agreement in principle with Sophie Evan, who is believed to hold a 50 percent interest in Parcel 3. Before that transaction could be completed, however, the Department's inability to acquire a right-of-way across the Polk allotment effectively stalled the Project for an extended period. During the ensuing passage of time the Department lost contact with Ms. Evan, and her current residence and contact information is presently unknown.

Tundra Ridge Road was utilized by the public from the time of its construction until 2008, at which time the Polk heirs blocked access to the portion of the road which crosses their allotment (from approximately MP 0.50 to MP 0.71, a distance of roughly 1,100 feet) since they had not authorized the construction or ongoing usage of the road. Bethel Mayor Klejka reported that the closure of Tundra Ridge Road is a significant issue for Bethel residents, especially those living north of H-Marker Lake. What had been a 1-mile trip to the airport now requires a 3.5 mile drive through downtown Bethel negotiating the most congested streets in town. The Bethel Police and Fire Departments strongly encourage two access points to all subdivisions. Following closure of Tundra

DECISIONAL DOCUMENT
Parcel 3
Bethel Tundra Ridge
SOA Project No. Z542890000
Case 3:20-cv-00306-JWS   Document 1-3   Filed 12/16/20   Page 6 of 14
Page 3 of 7

Ridge Road, however, subdivisions west of the Bethel downtown area, which are occupied by hundreds of residents, have only one access road available to them.

During the winter months the City of Bethel will plow an ice road across H-Marker Lake that bypasses the Polk allotment in order to restore traffic circulation. The travelling public has been using this winter-only route since Tundra Ridge Road was blocked. The need to reestablish safe year-round access to Tundra Ridge Road for emergency services and general traffic circulation remains unmet.

Viewing the Polk property negotiation as unsurmountable, the City of Bethel passed resolutions in 2016 (Resolution #16-32) and 2018 (Resolution #18-04) requesting the Department change the Project scope from reconstruction to realignment of Tundra Ridge Road in order to bypass the Polk property. The Department investigated the realignment and found the impacts of such realignment would cause greater harm to the human and natural environment than the original reconstruction scope would (see Section D Alternatives Considered for detail).

B.     STATEMENT OF NEED

The purpose of the Project is to reduce maintenance costs and improve the quality of life for Alaskans by hard surfacing the gravel road. This improvement will enhance safety and drivability by eliminating existing potholes and ruts, reducing airborne particulate, improving drainage along the roadway corridor and reducing maintenance costs.

Since the closure of Tundra Ridge Road, the most compelling need for this Project is reestablishing year-round circulation to the community for emergency services and traffic congestion relief. Life, health, and safety are at risk with only one access road to the subdivisions in the northwest of the community, a major area occupied by hundreds of residents. Construction of a year-round road will also eliminate the risk posed to the public by using the ice-road across H-Marker Lake in the winter months. A substantial added benefit of the Project is that once Tundra Ridge Road is reopened for year-round use by the public, residents in Bethel's northwest subdivisions will not have to navigate the community's congested downtown commercial areas (where many pedestrians are present) in order to access the community's airport.

Tundra Ridge Road was originally constructed by the City of Bethel without acquiring clear title to the necessary right-of-way. This is not intended as a criticism, for the legal status of properties subject to pending allotment applications was confused and uncertain when the road was constructed in the 1970's. Regardless, federal funds cannot be used to improve facilities on private property; this means the Department must acquire undisputed title to the road's right of way before it can proceed with the Project with the benefit of Federal financial participation.

Addressing these deficiencies is a priority for the community and city officials in Bethel, as documented in *Bethel Comprehensive Plan 2035, September 2011* and the attached City of Bethel Resolutions. The goal of the Project is to develop a solution for the greatest good of the community while minimizing negative impacts.

DECISIONAL DOCUMENT
Parcel 3
Bethel Tundra Ridge
SOA Project No. Z542890000
Case 3:20-cv-00306-JWS   Document 1-3   Filed 12/16/20   Page 7 of 14
Page 4 of 7

## C. PROJECT DESIGN

The design of the Project was developed after thorough consideration of community values, public input, and objective evaluation of alternatives. Design standards that apply to this project include, but are not limited to the following publications:

- *A Policy on Geometric Design of Highways and Streets (PGDHS or "Green Book"), American Association of State Highway and Transportation Officials (AASHTO), 2011.*

- *Alaska Highway Preconstruction Manual (HPCM), State of Alaska, Department of Transportation and Public Facilities, 2018*

A summary of the overall preferred design for the Project includes the following improvements:

- Tundra Ridge Road would be reconstructed with a 48-inch structural section (including 4 inches of insulation board) and overlaid with 3 inches of asphalt then paved to a 32-foot wide road surface (two 12-foot lanes with 4-foot shoulders).
- The existing 72-inch culvert at Brown's Slough would be replaced with a larger 184-inch by 124-inch pipe arch.
- Other culverts providing drainage will be replaced and additional culverts will be added where needed.

Right-of-way acquisition is required on this Project to rectify title issues that were not resolved prior to the original construction of Tundra Ridge Road. Therefore, all the proposed improvements within the footprint of the existing roadway will require right-of-way acquisition.

## D. ALTERNATIVES CONSIDERED

Alternatives for the Project were rigorously explored and objectively evaluated.

### First Alternative:

The first alternative is the No-Build alternative. This alternative does not meet the purpose and need of the Project. This alternative will not reduce maintenance costs or improve the driving conditions, circulation or emergency vehicle response times for those road users that could access the Chief Eddie Hoffman Highway (State Highway) or airport via Tundra Ridge Road.

### Second Alternative (Preferred):

The preferred alternative is to reconstruct and pave Tundra Ridge Road on the existing alignment. Tundra Ridge Road will be reconstructed on existing alignment over its entire length of 1.0576 miles. The culvert at Brown Slough will be replaced with an arch, other culverts providing cross drainage will be replaced and additional culverts will be added where needed. These improvements best meet the project purpose of reducing maintenance costs and improving the quality of life for Alaskans.

Third Alternative:

The third alternative consists of realigning Tundra Ridge Road around the H-Marker Lake. This requires reconstructing approximately three-quarter miles of Tundra Ridge Road, reconstructing approximately a quarter mile of H-Marker Lake Road, and constructing approximately one mile of new road where one does not currently exist. This alternative results in much longer route (approximately double the length of the preferred) with associated extensive environmental impacts. The realignment and construction on new alignment would require right-of-way acquisition from approximately 10 additional lots over the preferred alternative, as well as alteration of the right-of-way that has already been acquired for the Project. The construction on new alignment section around the lake would impact an estimated 5 acres of wetlands, with associated wetland mitigation costs estimated at $800,000. This alternative would have to be progressed through the National Environmental Policy Act requirements and would be subject to Section 106 of the National Historic Preservation Act if pursued further. The cost of a longer route around the lake is estimated to be nearly $6 million more (more than double) than current preferred alternative. An additional complication is that this alternative would leave Tract A without legal access to the road system. This alternative was dismissed from consideration due to extensive impacts to the human and natural environment.

E.  IMPACT OF THE PROJECT ON PRIVATE PROPERTIES IN GENERAL

The Project will require the partial acquisition of parcels of private property on both sides of the roadway for the road improvements, drainage improvements and safety improvements. At present, the Department has obtained all the necessary right-of-way for the Project, with the exception of the portion that crosses the Polk allotment and that abuts Tract A. Since the Polk allotment has trust status under federal law, BIA must be party to any acquisition or condemnation action.

The Department believes that Tract A does not have trust status since Plat 84-11 was approved by BIA prior to that parcel being conveyed to Earl Polk II, a non-Native person. However, BIA has advised through its counsel that it is reviewing whether Plat 84-11 was validly created and approved in accordance with the agency's governing regulations and statutes. Given this uncertainty, the Department intends to seek title for the small portion of Tract A required for the Project in the same eminent domain proceeding as the greater portion of the right-of-way that crosses the Polk allotment.

V.  **PROPERTY INFORMATION**

   A. PARCEL INFORMATION

   Owners:   Earl Polk II and Sophie Polk

   Parcel No.:   3

   B. PURPOSE FOR ACQUIRING

   The improvements that will be constructed on Parcel 3 include road surface and ditches.

DECISIONAL DOCUMENT
Parcel 3
Bethel Tundra Ridge
SOA Project No. Z542890006

Case 3:20-cv-00306-JWS   Document 1-3   Filed 12/16/20   Page 9 of 14

Page 6 of 7

### C. IMPACT OF THE ACQUISITION ON THE PROPERTY

The area of acquisition for this property is 3,344 square feet. The remaining lot size will be 40,518 square feet, a reduction from 43,862 square feet. Acquisition of Parcel 3 is necessary for the project, which is located in a manner that is most compatible with the greatest public good and the least private injury.

### D. SUMMARY OF ACQUISITION CONCERNS

The Department has actively pursued acquiring property from the Polk heirs for approximately 15 years, and in connection with that, has communicated with Sophie Evan regarding her willingness to sell her interest in Parcel 3. As noted above, at one point the Department reached agreement with Ms. Evan regarding a purchase price for her interest in Parcel 3, but the deal was not finalized due to the Project being postponed due to the Department's inability to acquire right-of-way across the Polk allotment. The Department and BIA have both made recent efforts to ascertain Ms. Evan's current contact information without success. If and when Ms. Evan is located, the Department will make good faith efforts to negotiate a sale of her interest in Tract 3.

Counsel for BIA has been in communication with the Polk heirs for the past 9 months. It is the Department's understanding that the heirs are uninterested in discussing a sale of their interest in Tract 3 unless an agreement is first reached for the larger portion of the right-of-way which crosses their allotment. While the heirs rejected a purchase offer for that right-of-way that was extended in September 2020, they have not responded with a formal counteroffer.

## VI. **CONCLUSION**

Consistent with its policy for the acquisition of real property, the Department has made a diligent, conscientious effort to acquire the required property rights through good faith negotiations. The Department remains amenable to reaching a mutually satisfactory settlement with the owners in lieu of eminent domain proceedings but regards itself as compelled to move forward with condemnation given its inability to locate Sophie Evan, and the stated preference of the Polk heirs postpone discussions regarding Parcel 3 until issues with the right-of-way across their allotment have been resolved. Since failure by the Department to acquire this property will prohibit the necessary construction of the proposed improvement, the circumstances justify acquisition of this property in a fair and equitable manner through eminent domain proceedings.

Based on the foregoing rationale, I, John Linnell, P.E., Central Region Preconstruction Engineer for the State of Alaska, Department of Transportation and Public Facilities, hereby concluded that this parcel is taken by necessity for the Project in a manner that is most compatible with the greatest public good and least private injury.

_____ Date: 12/10/2020
John Linnell, P.E.
Central Region Preconstruction Engineer
State of Alaska
Department of Transportation and Public Facilities

DECISIONAL DOCUMENT
Parcel 3
Bethel Tundra Ridge
SOA Project No. Z542890000
Case 3:20-cv-00306-JWS   Document 1-3   Filed 12/16/20   Page 10 of 14
Page 7 of 7

Project No. Z542890000
Bethel Tundra Ridge Road Paving
Parcel No. 3

## TRACT DESCRIPTION

A parcel of land within TRACT A, Plat 84-11 Bethel Recording District, situated within a portion of BLM Section Lot 2, Section 12, Township 8 North (T8N) Range 72 West (R72W), Seward Meridian, Alaska, Bethel Recording District, and more particularly described as follows:

Beginning at the Southeast Corner of said TRACT A and running N 59°25'27" W along the southern boundary of said TRACT A for a distance of 23.55 feet to a point;

Thence N 30°34'33" E 142.00 feet to a point on the northern boundary of said TRACT A;

Thence S 59°25'27" E along said northern boundary 23.55 feet to the Northeast Corner of said TRACT A;

Thence S 30°34'33" W along the Eastern boundary of said TRACT A a distance of 142.00 feet to said Southeast Corner and the point of beginning.

Containing 3,344 square feet, more or less.

Schedule A





> THIS PLAT MAY BE USED FOR THE ESTABLISHMENT OF THE RIGHT-OF-WAY BOUNDARY ONLY, AND SHOULD NOT BE USED AS A BASIS FOR ESTABLISHING ADJOINING PROPERTY LINES AND CORNERS.

THIS SEAL IS FOR ALL WORK CONTAINED ON SCHEDULES A, B, & C.



ALASKA DEPARTMENT OF TRANSPORTATION
AND PUBLIC FACILITIES

4111 AVIATION AVENUE
ANCHORAGE, AK 99502
PHONE (907) 269-0700

ATTACHED TO _____ PAGE___ OF___ DATED_____

STP-0001(207) / Z542890000    PARCEL NO. 3