IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>Plaintiff,<br><br>vs.<br><br>2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA; 3,344 SQ. FT. MORE OR LESS NEAR BETHEL, ALASKA; the BUREAU OF INDIAN AFFAIRS; EARL POLK III; WARREN POLK; VINCENTO POLK; JASON POLK; and SOPHIE EVAN,<br><br>Defendants. | Case No. 3:20-cv-00306-JWS<br><br>**ORDER GRANTING DEFENDANT BUREAU OF INDIAN AFFAIRS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE** |

The Court, having considered Defendant Bureau of Indian Affairs' motion to extend its responsive pleading deadline, and any responses thereto, IT IS HEREBY ORDERED that the motion is GRANTED. The new responsive pleading deadline for the Bureau of Indian Affairs is February 26, 2021.

IT IS SO ORDERED this 13th day of January, 2021, at Anchorage, Alaska.

*/s/ John W. Sedwick*
JOHN W. SEDWICK
Senior United States District Judge