BRYAN SCHRODER
United States Attorney

JACQUELYN A. TRAINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Jackie.Traini@usdoj.gov

Attorneys for Defendant Bureau of Indian Affairs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>     Plaintiff,<br><br> vs.<br><br>2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA; 3,344 SQ. FT. MORE OR LESS NEAR BETHEL, ALASKA; the BUREAU OF INDIAN AFFAIRS; EARL POLK III; WARREN POLK; VINCENTO POLK; JASON POLK; and SOPHIE EVAN,<br><br>     Defendant. | Case No. 3:20-CV-00306-JWS |

**NOTICE OF APPEARANCE**

Jacquelyn A. Traini, Assistant U.S. Attorney, hereby enters her

appearance as co-counsel of record for the Defendant Bureau of Indian

Afffairs, in the above-entitled matter and requests that copies of all pleadings filed be directed to her.

RESPECTFULLY SUBMITTED this 28th day of January, 2021, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

/s/ Jacquelyn A. Traini
Assistant U.S. Attorney
Attorney for Defendant Bureau of
Indian Affairs

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2021,
a true and correct copy of the foregoing
was served electronically on the following:

Max D. Garner
Senior Assistant Attorney General
Alaska Bar #9011096
*Attorney for Plaintiff*

/s/ Jacquelyn A. Traini
Office of the U.S. Attorney

State of Alaska (DOT) v. Polk et al.
Case No. 3:20-cv-00306-JWS          Page 2 of 2
Case 3:20-cv-00306-JWS   Document 8   Filed 01/28/21   Page 2 of 2