Steven S. Tervooren, Alaska Bar No. #7910085
HUGHES WHITE COLBO
WILCOX & TERVOOREN, LLC
1029 West 3rd Avenue, Suite 110
Anchorage, Alaska, 99501
Phone No.:  907-274-7522
Fax No.:  907-263-8320
Email:  STervooren@hugheswhite.com

Attorneys for Defendants
Earl Polk III, Warren Polk, Vincent Polk, and Jason Polk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>        Plaintiff,<br><br>vs.<br><br>2.396 ACRES MORE OR LESS NEAR BEATHEL, ALASKA; 3,344 SQ. FT. MORE OR LESS NEAR BETHEL, ALASKA; the Bureau OF INDIAN AFFAIRS; EARL POLK III; WARREN POLK; VINCENTO POLK; JASON POLK; and SOPHIE EVAN,<br><br>        Defendants. | Case No. 3:20-cv-00306-JWS |

### ENTRY OF APPEARANCE

COMES NOW Hughes White Colbo Wilcox & Tervooren, LLC and enters its appearance as attorneys of record on behalf of Defendants, **EARL POLK III, WARREN POLK, VINCENT POLK, AND JASON POLK**. Service may be had on such

defendant by delivering mailings or pleadings to said attorneys at 1029 W. 3rd Avenue, Suite 110, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this 26th day of February, 2021.

HUGHES WHITE COLBO
WILCOX & TERVOOREN, LLC

Attorneys for Defendants
Earl Polk III, Warren Polk, Vincent Polk, and Jason Polk

By: */s/ Steven S. Tervooren*
Steven S. Tervooren
ABA No. 7910085

I hereby certify that a true and correct copy
of the foregoing was served via the court's
ECF system on the 26th day of February, 2021 on:

Max Garner
Senior Assistant Attorney General
max.garner@alaska.gov

Jaquelyn A. Traini
John A. Fonstad
Assistant U.S. Attorneys
jackie.traini@usdog.gov
john.fonstad@usdoj.gov

/s/ Steven S. Tervooren