TREG R. TAYLOR
ATTORNEY GENERAL

Max D. Garner (Alaska Bar No. 9011096)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5160
Facsimile: (907) 279-5832
Email: max.garner@alaska.gov

Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>        Plaintiff,<br><br>v.<br><br>2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, et al. ,<br><br>        Defendants. | Case No.: 3:20-cv-00306-JWS<br><br>**MOTION FOR ORDER DIRECTING THE CLERK TO PROVIDE CERTIFIED COPIES OF THE DECLARATIONS OF TAKING** |

The State of Alaska Department of Transportation & Public Facilities ("DOTPF"), by and through undersigned counsel of record, submits this non-opposed motion for an order directing the Clerk of Court to provide DOTPF's counsel with certified copies of the declarations of taking previously filed in this matter (i.e., Docket 1-1 and 1-3).

What prompts this motion is a policy that, as described by the clerk's staff, forbids certification of documents attached to a complaint filed in federal court. While staff will provide a certified copy of the complaint (complete with the various attachments thereto), only the first page will bear the seal showing that it is a duly certified copy. Here, the declarations of taking were filed contemporaneously with the complaint, and for electronic docketing purposes were categorized as attachments thereto. As such, the clerk's staff advises that they cannot separately certify the declarations of taking absent an order from the court directing them to do so.

This creates a problem because the Recorder's Officer will not accept court documents unless the first or last page of the document has the clerk's seal showing that it is a duly certified copy. *See* 11 AAC 06.030. Thus, what DOTPF needs is for each of the two declarations of taking filed in this case to be separately certified in a manner that will be accepted by the Recorder's Office.

Accordingly, DOTPF requests entry of the attached proposed order so that the clerk's staff can, with clear conscience, separately certify the declaration of taking for Parcel 2 (Docket 1-1) and Parcel 3 (Docket 1-3) and provide those to DOTPF's counsel for recording. Through their counsel of record, the Bureau of Indian Affairs and the Polks have advised the undersigned that they are not opposed to this motion.

*SOA, DOTPF v. Polk, et al,*      Case No.: 3:20-cv-00306-JWS
Mtn. for Order Directing Clerk of Court      Page 2 of 3
to Provide Certified Copies

Case 3:20-cv-00306-JWS   Document 11   Filed 03/01/21   Page 2 of 3

DATED: March 1, 2021.

TREG R. TAYLOR
ATTORNEY GENERAL

By: /s/ Max D. Garner
Max D. Garner
Senior Assistant Attorney General
Alaska Bar No. 9011096
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5160
Facsimile: (907) 279-5832
Email: max.garner@alaska.gov
Attorney for State of Alaska

**Certificate of Service**

I certify that on **March 1, 2021** the foregoing was served via the court's ECF system on:

Jacquelyn A. Traini
John A Fonstad
Assistant U.S. Attorneys
Jackie.Traini@usdoj.gov
John.Fonstad@usdoj.gov

Steven S. Tervooren
Hughes White Colbo Wilcox & Tervooren, LLC
stervooren@hugheswhite.com

/s/Max D. Garner
Max D. Garner, Sr. Assistant Attorney General

*SOA, DOTPF v. Polk, et al,*     Case No.: 3:20-cv-00306-JWS
Mtn. for Order Directing Clerk of Court     Page 3 of 3
to Provide Certified Copies

Case 3:20-cv-00306-JWS    Document 11    Filed 03/01/21    Page 3 of 3