IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, DEPARTMENT
OF TRANSPORTATION & PUBLIC
FACILITIES,

              Plaintiff,

    vs.

2.396 ACRES MORE OR LESS NEAR
BETHEL, ALASKA, *et al.*,

              Defendants.

Case No. 3:20-cv-00306-JWS

**ORDER**

      Based upon the non-opposed motion filed by the State of Alaska, Department of Transportation ("DOTPF"), the Clerk of Court is directed to provide DOTPF's counsel with separately certified copies of the declarations of taking which appear at Docket 1-1 and 1-3.

      IT IS SO ORDERED this 10th day of March, 2021, at Anchorage, Alaska.

                                */s/ John W. Sedwick*
                                 JOHN W. SEDWICK
               Senior United States District Judge