IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>  Plaintiff,<br><br>vs.<br><br>2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA; 3,344 SQ. FT. MORE OR LESS NEAR BETHEL, ALASKA; the Bureau OF INDIAN AFFAIRS; EARL POLK III; WARREN POLK; VINCENTO POLK; JASON POLK; and SOPHIE EVAN,<br><br>  Defendants. | Case No. 3:20-cv-00306-JWS<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO PERMIT TELEPHONIC PARTICIPATION** |

This matter having come before the Court on Defendant's Motion to Permit Telephonic Participation, and the Court being fully advised,

THEREFORE, IT IS HEREBY ORDERED that Defendants' motion is GRANTED. Counsel for the Polk Defendants may participate telephonically at the conference scheduled for July 22, 2021, at 9:00 a.m. by calling (888) 363-4734, Access Code 1402979, from a landline telephone five minutes prior to the conference.

IT IS FURTHER ORDERED that this order permitting telephonic participation shall extend to future proceedings which, in the opinion of counsel for

the Polk Defendants, does not necessitate appearing in-person, subject to this Court indicating otherwise in the context of any future proceeding.

IT IS SO ORDERED this 14th day of July, 2021, at Anchorage, Alaska.

*/s/ John W. Sedwick*
JOHN W. SEDWICK
Senior United States District Judge

*State v. 2.396 Acres More or Less Near Bethel, Alaska, et al.*     Case No. 3:20-cv-00306-JWS
Order Granting Defendants' Motion to Permit Telephonic Participation     Page 2
Case 3:20-cv-00306-JWS    Document 22    Filed 07/14/21    Page 2 of 2