IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>Plaintiff,<br><br>vs.<br><br>2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-00306-JWS<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR DISBURSEMENT OF FUNDS** |

This matter having come before the Court on the Unopposed Motion for Disbursement of Funds by Defendants Earl Polk III, Warren Polk, Vincento Polk, and Jason Blaine Polk, and the Court being fully advised;

THEREFORE, IT IS HEREBY ORDERED that said motion is GRANTED.

The Court shall disburse the funds on deposit with the court in the amount of Ninety-nine thousand, four-hundred and no/100 dollars ($99,400) pertaining to Parcel 2, and one-half of the funds on deposit with the court in the amount of Eight thousand and no/100 dollars ($8,000) pertaining to Parcel 3, as follows:

    1.    One check in the amount of $25,850, made payable to Heirs of Lucy Polk, Native Allotment No. F-16158, Warren Polk.

2. One check in the amount of $25,850, made payable to Heirs of Lucy Polk, Native Allotment No. F-16158, Jason Blaine Polk.

3. One check in the amount of $25,850, made payable to Heirs of Lucy Polk, Native Allotment No. F-16158, Earl Polk III.

4. One check in the amount of $25,850, made payable to Heirs of Lucy Polk, Native Allotment No. F-16158, Vincento Polk.

The four checks described in paragraphs 1 through 4, above, are to be delivered via mail to:

> Bureau of Trust Funds Administration
> Attn: Alaska Region
> P.O. Box 26928
> Albuquerque, NM 87125

for deposit by the Bureau of Indian Affairs ("BIA") into the IIM accounts of Warren Polk, Jason Blaine Polk, Earl Polk III, and Vincento Polk. BIA will thereafter further promptly distribute the funds from the IIM accounts in accordance with the written directions to be provided by Warren Polk, Jason Blaine Polk, Earl Polk III, and Vincento Polk.

In the event Plaintiff State of Alaska makes a future deposit(s) of additional funds with the court as compensation relative to Parcel 2, whether by virtue of settlement, court order, judgment, or otherwise, it shall be disbursed in the same manner as the funds currently on deposit with the court, to wit: by four checks, each for one-fourth of the funds on deposit, to or for the benefit of Warren Polk, Jason Blaine

*State v. 2.396 Acres More or Less Near Bethel, Alaska, et al.*  Case No. 3:20-cv-00306-JWS
Order Granting Defendants' Unopposed Motion for Disbursement of Funds  Page 2
Case 3:20-cv-00306-JWS   Document 29   Filed 09/02/21   Page 2 of 3

Polk, Earl Polk III, and Vincento Polk, with payees and delivery means as set forth above.

In the event Plaintiff State of Alaska makes a future deposit(s) of additional funds with the court as compensation relative to Parcel 3, whether by virtue of settlement, court order, judgment, or otherwise, it shall (unless provided otherwise by future order of the Court) be disbursed in the same manner as the funds currently on deposit with the court, to wit: by four checks, each for one-fourth of fifty percent (50%) of the funds on deposit, to or for the benefit of Warren Polk, Jason Blaine Polk, Earl Polk III, and Vincento Polk, with payees and delivery means as set forth above.

IT IS SO ORDERED this 2nd day of September, 2021, at Anchorage, Alaska.

*/s/ John W. Sedwick*
JOHN W. SEDWICK
Senior United States District Judge

*State v. 2.396 Acres More or Less Near Bethel, Alaska, et al.*  Case No. 3:20-cv-00306-JWS
Order Granting Defendants' Unopposed Motion for Disbursement of Funds  Page 3
Case 3:20-cv-00306-JWS   Document 29   Filed 09/02/21   Page 3 of 3