IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>Plaintiff,<br><br>vs.<br><br>2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-00306-JWS<br><br>**ORDER GRANTING NON-OPPOSED MOTION FOR ORDER CONFIRMING RIGHT TO POSSESSION** |

The Court having reviewed the Non-Opposed Motion for Order Confirming Right to Possession filed by the State of Alaska Department of Transportation and Public Facilities ("DOTPF") hereby rules that DOTPF is the fee simple owner of the properties designated and described as Parcels 2 and 3 in the Declarations of Taking filed at Dockets 1-1 and 1-3. DOTPF will be entitled to take possession of these properties on July 31, 2022. The buildings presently located on Parcel 2 may be removed within 90 days of that date. The amount of just compensation that DOTPF owes for these properties will be resolved through future proceedings before this Court.

IT IS SO ORDERED this 10th day of September, 2021, at Anchorage, Alaska.

*/s/ John W. Sedwick*
JOHN W. SEDWICK
Senior United States District Judge