TREG R. TAYLOR
ATTORNEY GENERAL

Max D. Garner (Alaska Bar No. 9011096)
Chief Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5160
Facsimile: (907) 279-5832
Email: *max.garner@alaska.gov*

Attorney for State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES, <br><br> Plaintiff, <br><br> v. <br><br> 2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, *et al.*, <br><br> Defendants. | Case No.: 3:20-cv-00306-JWS <br><br> **JOINT STATUS REPORT** |

The State of Alaska Department of Transportation & Public Facilities ("DOTPF") submits this joint status report on behalf of itself and the other parties in response to the Court's order of January 28, 2022.

Since the last status report, the parties have sought to identify and retain a consulting firm to assist with the relocation of buildings owned by the Polks which are currently located within the right-of-way being acquired by DOT&PF. This project is supported with funds provided by the Federal Highway Administration, which means that

the requirements of the Uniform Relocation Assistance and Real Property Acquisition Act (the "Uniform Act"), 42 U.S.C. § 4601 *et seq.*, are applicable here. RFPs have been circulated to multiple firms on two occasions, without yet obtaining a satisfactory proposals. The parties need to continue their collaborative efforts to solve the relocation problems.

DOTPF does not believe that a global resolution of this dispute is possible until the building relocation needs are resolved. Efforts to that end will be ongoing in the coming weeks.

DATED: March 2, 2022.

TREG R. TAYLOR
ATTORNEY GENERAL

By: */s/ Max D. Garner*
Max D. Garner
Chief Assistant Attorney General
Alaska Bar No. 9011096
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5160
Facsimile: (907) 279-5832
Email: *max.garner@alaska.gov*

*Attorney for State of Alaska DOTPF*

*SOA, DOTPF v. Polk, et al.,*      Case No.: 3:20-cv-00306-JWS
Joint Status Report      Page 2 of 3
Case 3:20-cv-00306-JWS    Document 35-1    Filed 03/02/22    Page 2 of 3

## Certificate of Service

I certify that on **March 2, 2022** the foregoing, was served electronically via the Court's ECF system on the following:

    Jacquelyn A. Traini
    John A Fonstad
    U.S. Attorney's Office (District of Alaska)
    *jackie.traini@usdoj.gov*
    *john.fonstad@usdoj.gov*


    Steven S. Tervooren
    Hughes White Colbo & Tervooren, LLC
    *stervooren@hugheswhite.com*

<u>/s/Max D. Garner</u>
Max D. Garner,
Chief Assistant Attorney General

*SOA, DOTPF v. Polk, et al.,*       Case No.: 3:20-cv-00306-JWS
Joint Status Report      Page 3 of 3
Case 3:20-cv-00306-JWS   Document 35-1   Filed 03/02/22   Page 3 of 3