JOHN E. KUHN, JR.
United States Attorney

JACQUELYN A. TRAINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: Jackie.Traini@usdoj.gov

Attorneys for Defendant Bureau of Indian Affairs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>    Plaintiff,<br><br> vs.<br><br>2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, *et al.*,<br><br>    Defendants. | Case No. 3:20-CV-00306-JWS |

### NOTICE OF WITHDRAWAL REGARDING AUSA JOHN A. FONSTAD AND REQUEST TO DISCONTINUE ELECTRONIC SERVICE

Please take notice that Assistant U.S. Attorney John A. Fonstad is no longer a counsel of record on behalf of the Defendant in the above-entitled

matter and requests discontinuation of electronic service. Copies of all pleadings should continue to be directed to Assistant U.S. Attorney, Jacquelyn A. Traini.

RESPECTFULLY SUBMITTED on March 30, 2022, at Anchorage, Alaska.

JOHN E. KUHN, JR.
United States Attorney

s/ Jacquelyn A. Traini
Assistant U.S. Attorney
Attorney for the Defendant Bureau of Indian Affairs

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2022, a true and correct copy of the foregoing was served electronically to:

Max D. Garner
Senior Assistant Attorney General
Alaska Bar #9011096
*Attorney for Plaintiff*

s/ Jacquelyn A. Traini
Office of the U.S. Attorney