TREG R. TAYLOR
ATTORNEY GENERAL

Aisha Tinker Bray, Esq.
Assistant Attorney General
Office of the Attorney General
100 Cushman Street, Suite 400
Fairbanks, Alaska 99701
Telephone: (907) 451-2974
Email: aisha.bray@alaska.gov

Attorney for State of Alaska, Department of
Transportation & Public Facilities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>    Plaintiff,<br><br>    v.<br><br>2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:20-cv-00306-JWS |

**NOTICE OF CO-COUNSEL**

Please take notice that pursuant to Local Civil Rule 11.1, Assistant Attorney General Aisha Tinker Bray of the Alaska Department of Law hereby enters her appearance as co-counsel of record for and on behalf of plaintiff State of Alaska, Department of Transportation and Public Facilities.

DATED at Fairbanks, Alaska, this 22nd day of June, 2022.

              TREG R. TAYLOR
              ATTORNEY GENERAL

By: *s/ Aisha Tinker Bray*
            Aisha Tinker Bray
            Assistant Attorney General
            Office of the Attorney General
            100 Cushman Street, Suite 400
            Fairbanks, Alaska 99701
            Phone: (907) 451-2974
            Email: aisha.bray@alaska.gov
            Alaska Bar No. 9505028

**CERTIFICATE OF SERVICE**
This is to certify that on this 22nd day of June, 2022, a copy of the foregoing document was served electronically by ECF on:

Jacquelyn A. Traini jackie.traini@usdoj.gov
Steven S. Tervooren stervooren@hugheswhite.com

*s/ Aisha Tinker Bray*

*State of Alaska v. 2.396 Acres, et al.*            Case No. 3:20-cv-00306-JWS
Notice of Co-Counsel            Page 2 of 2

Case 3:20-cv-00306-JWS    Document 41    Filed 06/22/22    Page 2 of 2