Steven S. Tervooren, Alaska Bar No. #7910085
HUGHES WHITE COLBO
& TERVOOREN, LLC
4241 B Street, Suite 202
Anchorage, Alaska, 99503
Phone No.:  907-274-7522
Fax No.:  907-263-8320
Email:  STervooren@hugheswhite.com

Attorneys for Defendants
Earl Polk III, Warren Polk, Vincent Polk, and Jason Polk

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>Plaintiff,<br><br>v.<br><br>2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-00306-JWS |

STIPULATION AND ORDER FOR 30-DAY STAY OF PROCEEDINGS

Come Now the parties by and through counsel of record and stipulate for entry of an order staying these proceedings for thirty (30) days pending the outcome of settlement and relocation efforts.  The parties are making substantial progress on both the settlement and relocation needs and are in agreement that it is reasonable to stay proceedings for thirty (30) days to permit them to devote their resources to resolving the matter rather than litigating.  The parties therefor request that all proceedings herein be stayed until

September 19, 2022, at which time they will inform the Court of their progress through an updated status report.

DATED at Anchorage, Alaska, this 19th day of August, 2022.

TREG R. TAYLOR
ATTORNEY GENERAL
For State of Alaska

By: s/ Aisha Tinker Bray
 Aisha Tinker Bray
 Assistant Attorney General
 aisha.bray@alaska.gov
 Alaska Bar No. 9505028

DATED at Anchorage, Alaska, this 19th day of August, 2022.

HUGHES WHITE COLBO
& TERVOOREN, LLC
Attorneys for Defendants
Earl Polk III, Warren Polk, Vincent Polk,
and Jason Polk

By: s/ Steven S. Tervooren
 Steven S. Tervooren
 ABA No. 7910085

DATED at Anchorage, Alaska, this 19th day of August, 2022.

S. LANE TUCKER
UNITED STATES ATTORNEY

By: /s/ Jacquelyn A. Traini
 Jacquelyn A. Traini
 Assistant U.S. Attorney
 Jackie.Traini@usdoj.gov

ORDER STAYING PROCEEDINGS THIRTY (30) DAYS

The parties' stipulation for a stay of proceedings is approved. All proceedings herein are stayed for thirty (30) days, until September 19, 2022, at which time the parties shall inform the Court of their progress through an updated status report.

IT IS SO ORDERED this ____ day of August, 2022, at Anchorage, Alaska.

_____
JOHN W. SEDWICK
Senior United States District Judge