IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 3:20-CV-00306-JWS |
| vs. | )<br>)<br>) |
| 2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## PROPOSED ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE EXPERT

The Government seeks to substitute its expert and amend the scheduling order at Dkt. 27 accordingly. The Polks, through counsel, do not oppose this motion. The State of Alaska also does not oppose. Defense expert reports are now due **January 2, 2023**. Expert discovery closes **February 28, 2023**. Motions under the discovery rules shall be served and filed not later than **February 28, 2023.** Dispositive motions shall be served and filed not later than **May 1, 2023**. Motions to exclude expert testimony shall be served and filed not later than **May 1, 2023.**

IT IS SO ORDERED.

Dated: _____     _____
                                                                             Honorable John W. Sedwick
                                                                             United States District Judge