IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>                        Plaintiff,<br><br>  vs.<br><br>2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA; 3,344 SQ. FT. MORE OR LESS NEAR BETHEL, ALASKA; the BUREAU OF INDIAN AFFAIRS; EARL POLK III; WARREN POLK; VINCENTO POLK; JASON POLK; and SOPHIE EVAN ,<br><br>                        Defendants. | No. 3:20-cv-0306-HRH |

O R D E R

Motion to Substitute Expert[1]

The Government moves to substitute its expert and amend the scheduling order accordingly. The Polks, through counsel, do not oppose this motion. The State of Alaska also does not oppose the Government's motion. The Government has shown good cause[2] to amend the court's scheduling and planning order.[3] The motion to substitute expert and amend scheduling and planning order is granted.

---

[1]Docket No. 51.

[2]Docket No. 52.

[3]Docket No. 27.

ORDER – Motion to Substitute Expert                                                       - 1 -

Accordingly, defense expert reports are now due **January 2, 2023**. Expert discovery closes **February 28, 2023**. Discovery disputes (including ESI) shall be presented to the court as soon as discovery problems are identified, but not later than **14 days** after the close of discovery. If the meet-and-confer process (see Rule 37(a)(1)) fails to resolve disagreements regarding mandatory initial discovery or discovery requests, the parties shall present that dispute to the court in a single, joint motion, stating the issue, any applicable rules, and each party's proposed disposition of the dispute. The joint motion must contain the Rule 37(a)(1) certification. The court may resolve the dispute based upon the parties' presentations or after a conference call. At a conference, the court may authorize the filing of a discovery motion. Dispositive motions shall be served and filed not later than **May 1, 2023**. Motions in limine, including motions as to qualification of experts and Daubert motions, shall be served and filed not later than **30 days** following the later of the date for the filing of dispositive motions or the date of the court's ruling on timely dispositive motions

DATED at Anchorage, Alaska, this 15th day of September, 2022.

/s/ H. Russel Holland
United States District Judge