IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| STATE OF ALASKA, DEPT. OF TRANSPORTATION & PUBLIC FACILITIES | v. | 2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, et al. |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. No. 3:20-cv-0306-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

The court is in receipt of the parties' *Joint Status Report* of October 2022.[1]  The report is approved.

Counsel will please submit an updated status report on or before **June 30, 2023**.

---

[1] Docket No. 56.