TREG R. TAYLOR
ATTORNEY GENERAL

Aisha Tinker Bray, Esq.
Assistant Attorney General
Office of the Attorney General
100 Cushman Street, Suite 400
Fairbanks, Alaska 99701
Telephone (907) 451-2974
aisha.bray@alaska.gov

Attorney for State of Alaska, Department of
Transportation & Public Facilities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>    Plaintiff,<br><br>    v.<br><br>2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-00306-HRH |

**STIPULATION TO STAY 60 DAYS**

Plaintiff State of Alaska, Department of Transportation and Public Facilities ("DOT&PF") and defendants Early Polk, III, Warren Polk, Jason Polk, Vincento Polk, and the Bureau of Indian Affairs, by and through their respective counsels of record,

hereby stipulate and agree to stay these proceedings 60 days, or until March 31, 2023, to allow time for the parties to finalize their settlement.

DATED at Fairbanks, Alaska, this 31st day of January 2023.

      TREG R. TAYLOR
      ATTORNEY GENERAL
      Attorneys for DOT&PF

      By: *s/ Aisha Tinker Bray*
          Aisha Tinker Bray
          Assistant Attorney General
          aisha.bray@alaska.gov
          Alaska Bar No. 9505028

DATED at Anchorage, Alaska, this 31st day of January 2023.

      HUGHES WHITE COLBO
      & TERVOOREN, LLC
      Attorneys for Defendants
      Earl Polk III, Warren Polk, Vincent Polk,
      and Jason Polk

      By: s/Steve S. Tervooren
          Steven S. Tervooren
          ABA No. 7910085

DATED at Anchorage, Alaska, this 31st day of January 2023.

      S. LANE TUCKER
      UNITED STATES ATTORNEY
      Attorneys for Bureau of Indian Affairs

      By: s/Jacquelyn A. Traini
          Jacquelyn A. Traini
          Assistant U.S. Attorney
          Jackie.Traini@usdoj.gov