TREG R. TAYLOR
ATTORNEY GENERAL

Aisha Tinker Bray, Esq.
Assistant Attorney General
Office of the Attorney General
100 Cushman Street, Suite 400
Fairbanks, Alaska 99701
Telephone: (907) 451-2974
Email: aisha.bray@alaska.gov

Attorney for State of Alaska, Department of
Transportation & Public Facilities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES, <br><br> Plaintiff, <br><br> v. <br><br> 2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, *et al.*, <br><br> Defendants. | Case No. 3:20-cv-00306-HRH |

**NOTICE OF SETTLEMENT WITH SOPHIE EVAN**

Plaintiff State of Alaska, Department of Transportation and Public Facilities hereby notifies the Court of its separate settlement with defendant Sophie Evan.

Although Ms. Evan defaulted in this matter, DOT&PF and Ms. Evan were able to reach an amicable settlement for her interest in Parcel 3. A copy of the recorded Quitclaim Deed from Ms. Evan is attached hereto as Exhibit 1.

DATED at Fairbanks, Alaska, this 27th day of February, 2023.

>TREG R. TAYLOR
>ATTORNEY GENERAL
>
>By: *s/ Aisha Tinker Bray*
>Aisha Tinker Bray
>Assistant Attorney General
>Office of the Attorney General
>100 Cushman Street, Suite 400
>Fairbanks, Alaska 99701
>Phone: (907) 451-2974
>Email: aisha.bray@alaska.gov
>Alaska Bar No. 9505028

**CERTIFICATE OF SERVICE**
This is to certify that on this 27th day of February, 2023, a copy of the foregoing document was served electronically by ECF on:

Jacquelyn A. Traini jackie.traini@usdoj.gov
Steven S. Tervooren stervooren@hugheswhite.com

*s/ Aisha Tinker Bray*