


| STATE OF ALASKA<br>DEPARTMENT OF TRANSPORTATION<br>AND PUBLIC FACILITIES<br><br>**QUITCLAIM DEED** | **PROJECT NAME:** BETHEL TUNDRA RIDGE ROAD<br>**STATE PROJECT #:** 54289<br>**FEDERAL-AID PROJECT #:** STP-0001(207)<br>**PARCEL #:** 3 |
|---|---|

The GRANTOR, **SOPHIE S. EVAN**, whose mailing address is P.O. Box 3061, Bethel, Alaska 99559, for and in consideration of TEN and 00/100ths DOLLARS, and other valuable consideration, in hand paid, conveys and quitclaims to the GRANTEE, STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES, whose mailing address is P.O. 196900, Anchorage, AK 99519-6900, all rights, title, and interest, if any, which she has or may hereinafter acquire in the following-described real estate located in the State of Alaska:

All that part of the following-described land:

> Tract A of Native Allotment No. F-16158, located within Lot 2, Section 12, Township 8 North, Range 72 West, Seward Meridian, according to Plat Number 84-11, Bethel Recording District, Fourth Judicial District, State of Alaska,

which lies within the right-of-way lines of Alaska Project No. STP-0001(207)/54289 delineated as to said tract of land on the plat attached hereto and made a part hereof as page three of this instrument and designated as Parcel No. 3. Said parcel, containing 3,344 square feet, more or less, in addition to existing right-of-way, is hereby conveyed to the STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES.

Dated this 25th day of October, 2022.

_____
Sophie S. Evan

Return to:
SOA/DOT&PF
Attn: ROW Engineering,
P.O. Box 196900
Anchorage, AK 99519-6900
State Business - No Charge

## ACKNOWLEDGMENT OF GRANTOR

STATE OF ALASKA                )
                               ) ss
FOURTH JUDICIAL DISTRICT       )

ON THIS 25th day of October, 2022, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared SOPHIE S. EVAN, the Grantor, known to me to be the identical person who executed the foregoing instrument and who acknowledged to me that she signed the same freely and voluntarily, with full knowledge of its contents, for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year above written.

Notary Public in and for Alaska
My Commission Expires: 8/20/25

STATE OF ALASKA
NOTARY PUBLIC
Josephine A. Typpo
My Commission Expires Aug 20, 2025

## CERTIFICATE OF ACCEPTANCE

THIS IS TO CERTIFY that the STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES, Grantee herein, acting by and through its Commissioner, hereby accepts for public purposes the real property, or interest therein, described in this instrument and consents to the recordation thereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 01 day of December, 2022.

DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES

By: _____
For the Commissioner


