IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| STATE OF ALASKA, DEPT. OF TRANSPORTATION & PUBLIC FACILITIES | v. | 2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, et al. |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. No. 3:20-cv-0306-HRH |

PROCEEDINGS: ORDER FROM CHAMBERS

The court is in receipt of plaintiff's *Notice of Settlement with Sophie Evan*.[1] The State is acquiring from Sophie Evan her interest in Parcel 3. It appears that the land in question is part of a Native allotment.

It is unclear from plaintiff's notice of settlement whether or not the Bureau of Indian Affairs ("BIA") has authorized the transfer of Sophie Evan's interest to the State.

The State will please look into the foregoing and, on or before **March 16, 2023**, advise the court if any required authorization from the BIA has been obtained.

---

[1] Docket No. 62.

Order from Chambers – Notice of Settlement - 1 -