TREG TAYLOR
ATTORNEY GENERAL

Aisha Tinker Bray, Esq.
Assistant Attorney General
Office of the Attorney General
100 Cushman Street, Suite 400
Fairbanks, Alaska 99701
Telephone: (907) 451-2974
Email: aisha.bray@alaska.gov

Attorney for State of Alaska, Department of
Transportation & Public Facilities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES, <br><br> Plaintiff, <br><br> v. <br><br> 2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, *et al.*, <br><br> Defendants. | Case No. 3:20-cv-00306-HRH |

**RESPONSE TO THE COURT REGARDING
NOTICE OF SETTLEMENT WITH SOPHIE EVAN**

In response to the Court's inquiry (DE#63) regarding plaintiff State of Alaska, Department of Transportation and Public Facilities' (DOT&PF) settlement with defaulted defendant Sophie Evan, DOT&PF advises the Court that BIA confirmed it has no objection to the settlement on this parcel.

DATED at Fairbanks, Alaska, this 3rd day of March, 2023.

    TREG TAYLOR
    ATTORNEY GENERAL

By: *s/ Aisha Tinker Bray*
    Aisha Tinker Bray
    Assistant Attorney General
    Office of the Attorney General
    100 Cushman Street, Suite 400
    Fairbanks, Alaska 99701
    Phone: (907) 451-2974
    Email: aisha.bray@alaska.gov
    Alaska Bar No. 9505028

**CERTIFICATE OF SERVICE**
This is to certify that on this 3rd day of March, 2023, a copy of the foregoing document was served electronically by ECF on:

Jacquelyn A. Traini jackie.traini@usdoj.gov
Steven S. Tervooren stervooren@hugheswhite.com

*s/ Aisha Tinker Bray*

*State of Alaska v. 2.396 Acres, et al.*      Case No. 3:20-cv-00306-HRH
Response to the Court Regarding
  Notice of Settlement with Sophie Evan      Page 2 of 2

Case 3:20-cv-00306-HRH    Document 64    Filed 03/03/23    Page 2 of 2