TREG TAYLOR
ATTORNEY GENERAL

Aisha Tinker Bray, Esq.
Assistant Attorney General
Office of the Attorney General
100 Cushman Street, Suite 400
Fairbanks, Alaska 99701
Telephone: (907) 451-2811
Email: aisha.bray@alaska.gov

Attorney for State of Alaska, Department of
Transportation & Public Facilities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>    Plaintiff,<br><br>    v.<br><br>2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-00306-HRH |

**JOINT STATUS REPORT RE SETTLEMENT**

The State of Alaska, Department of Transportation and Public Facilities ("DOT&PF") submits this joint status report on behalf of all the parties, with review and approval by all counsel.

DOT&PF and the four Polk defendants reached a settlement agreement, all economic terms of which have received the approval of all remaining defendants. DOT&PF separately settled with defendant Sophie Evan and her interests in the subject property and any just compensation owing by virtue of DOT&PF's acquisition have been fully satisfied by DOT&PF.

The settlement agreement between DOT&PF and the four Polk family defendants has been reduced to a draft Settlement Agreement and Release ("SAR"), which has been under review by the parties and their counsel. The terms of the SAR have the approval of all parties and their counsel, save only for the mechanics of distributing DOT&PF's supplemental just compensation payment, as provided for in the settlement agreement. The Polks, their counsel, and BIA are seeking to resolve these payment mechanics and expect to reach agreement within a week, following which the SAR can be finalized and executed by the parties.

The settlement is pending final drafting and approval, delay of which has been compounded by travel of counsel and an outage involving government decision-makers. The parties are committed to expediting any remaining reviews, modification of the draft SAR terms to address the payment mechanics issue, and to circulate for execution, following which DOT&PF is committed to expediting payment processing.

Accordingly, the parties proposed that this Court permit the parties to continue their efforts to address the issues noted and schedule another status report twenty (20) days hence, by April 20, 2023.

DATED at Fairbanks, Alaska, this 31st day of March, 2023.

TREG TAYLOR
ATTORNEY GENERAL

By: s/ Aisha Tinker Bray
Aisha Tinker Bray
Assistant Attorney General
Office of the Attorney General
100 Cushman Street, Suite 400
Fairbanks, Alaska 99701
Phone: (907) 451-2811
Email: aisha.bray@alaska.gov
Alaska Bar No. 9505028

**CERTIFICATE OF SERVICE**
This is to certify that on this 31st day of March, 2023, a copy of the foregoing document was served electronically by ECF on:

Jacquelyn A. Traini jackie.traini@usdoj.gov
Steven S. Tervooren stervooren@hugheswhite.com

s/ Aisha Tinker Bray

*State of Alaska v. 2.396 Acres, et al.*     Case No. 3:20-cv-00306-HRH
Joint Status Report re Settlement     Page 3 of 3
Case 3:20-cv-00306-HRH   Document 65   Filed 03/31/23   Page 3 of 3