IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| STATE OF ALASKA, DEPT. OF TRANSPORTATION & PUBLIC FACILITIES | v. | 2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, et al. |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO.   No. 3:20-cv-0306-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

    Counsel's attention is directed to the court's minute order[1] filed April 3, 2023. Counsel will please submit their closing papers or a further status report no later than **May 5, 2023**.

---

[1]Docket No. 66.

Order from Chambers – Status of Settlement     - 1 -

Case 3:20-cv-00306-HRH   Document 71   Filed 04/25/23   Page 1 of 1