Steven S. Tervooren, Alaska Bar No. #7910085
HUGHES WHITE COLBO
& TERVOOREN, LLC
4241 B Street, Suite 202
Anchorage, Alaska, 99503
Phone No.:  907-274-7522
Fax No.:  907-263-8320
Email:  STervooren@hugheswhite.com

Attorneys for Defendants
Earl Polk III, Warren Polk, Vincent Polk, and Jason Polk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>    Plaintiff,<br><br>v.<br><br>2.396 ACRES MORE OR LESS NEAR BETHEL, ALASKA, *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-00306-SLG |

**JOINT STATUS REPORT RE SETTLEMENT**

Defendants Earl Polk III, Warren Polk, Vincento Polk, and Jason Polk, through counsel, submit this joint status report on behalf of all the parties, with review and approval by all counsel.

USDC accounting personnel advised on 5/3/23 that the request for disbursement of the settlement funds on deposit with the court system to the four individual Polk defendants

was submitted on 5/2/23, was approved and sent to the U.S. Department of Treasury on 5/3/23, and that Treasury is expected to take three days for processing the checks. Once the checks are processed, they will be mailed to each of the individuals (three in Bethel, one in Anchorage), and that they should receive the checks by 5/12/23 absent any processing or mail delays. Receipt of the checks is the only item precluding case closure. The parties request that the court permit the parties until 5/25/23 to file closing papers or, should there be any unforeseen problem with check processing or delivery, a further status report.

DATED at Anchorage, Alaska, this 4th day of May 2023.

HUGHES WHITE COLBO
& TERVOOREN, LLC

Attorneys for Defendants
Earl Polk III, Warren Polk, Vincent Polk, and Jason Polk

By: /s/ Steven S. Tervooren
Steven S. Tervooren
ABA No. 7910085

I hereby certify that a true and correct copy
of the foregoing was served via the court's
ECF/PACER system on the 4th day of May, 2023 on:

Max Garner
Senior Assistant Attorney General
max.garner@alaska.gov

Aisha Bray
Assistant Attorney General
aisha.bray@alaska.gov

Jacquelyn A. Traini
Assistant U.S. Attorneys
jackie.traini@usdog.gov

    /s/ *Steven S. Tervooren*
Steven S. Tervooren